No. 50, Orig. VERMONT *v.* NEW YORK ET AL. It is ordered by this Court that the Honorable R. Ammi Cutter be, and he is hereby, awarded the sum of $50,000 as compensation for his services as Special Master in this case, and that his disbursements totaling $5,150 be allowed. It is further ordered that the fee and disbursements be paid by the parties in the following amounts: $20,000 by the State of Vermont and $35,150 by the International Paper Co. It is further ordered that the Special Master is hereby discharged. [See 417 U. S. 270.]

No. 73–689. MANESS *v.* MEYERS, JUDGE. 169th Jud. Dist. Ct. Tex., Bell County. [Certiorari granted, 416 U. S. 934.] Motion of Texas Criminal Defense Lawyers Assn. for leave to file a brief as *amicus curiae* denied.

No. 73–820. UNITED STATES *v.* GUANA-SANCHEZ. C. A. 7th Cir. [Certiorari granted, 417 U. S. 967.] Motion for appointment of counsel granted. It is ordered that Joseph Beeler, Esquire, of Miami, Fla., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 73–822. FRY ET AL. *v.* UNITED STATES. Temp. Emerg. Ct. App. [Certiorari granted, 415 U. S. 912.] Motions of the State of California and California State Employees' Assn. for leave to participate in oral argument as *amici curiae* denied.

No. 73–1012. GULF OIL CORP. ET AL. *v.* COPP PAVING Co., INC., ET AL. C. A. 9th Cir. [Certiorari granted, 415 U. S. 988.] Motion of American Building Maintenance Industries for leave to file a brief as *amicus curiae* denied.